UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TEXTRON FINANCIAL CORPORATION,

    Plaintiff,

v.                                CASE NO: 2:09-cv-172-FtM-99SPC

BOATERS WAREHOUSE/ADVANCED
BOATING SERVICES, LLC, f/k/a
ADVANCED BOATING SERVICES, LLC, and
MARK L. BURPEE,

    Defendants.
_____/

## O R D E R

Upon due consideration of the court file, it is ordered and adjudged that Plaintiff's Unopposed Motion to Discharge Bond for Replevin (Dkt. 35) is granted. The replevin bond posted with the Clerk in the sum of $1,650.000.00 is discharged and cancelled. The Clerk is directed to return the original bond to Plaintiff's counsel, James E. Foster, at his address of 420 South Orange Avenue, Suite 1200, Orlando, Florida 32801.

**DONE AND ORDERED** at Tampa, Florida, on September 30, 2009.

                                      s/*Richard A. Lazzara*
                                      **RICHARD A. LAZZARA**
                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record