**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

TEXTRON FINANCIAL CORPORATION, a
Delaware corporation,

                Plaintiff,

-vs-                                            Case No.  2:09-cv-172-FtM-99SPC

BOATERS WAREHOUSE/ADVANCED
BOATING SERVICES, LLC, a Florida limited
liability company corporation f/k/a Advanced
Boating Services, LLC,

                Defendants.

_____/

### ORDER

      This matter comes before the Court on Defendant's Status Report (Doc. #43) filed on March 17, 2011.  This matter was stayed as to Defendant Boaters Warehouse/Advanced Boating Services, LLC on April 13, 2009, until such time as the Bankruptcy Court lifted its stay.  The Court also directed Defendant to advise the Court as to the status or proceedings in the bankruptcy case every 120 days.  In its March 17, 2011 Status Report, Defendant informs the Court that the Bankruptcy Court entered its Order Confirming Chapter 11 Plan of the Debtor on November 19, 2009, and entered its Final Decree on January 20, 2010.  (Doc. #143).  Accordingly, the underlying bankruptcy case is now closed.  Defendant also notes in its Status Report that the Plaintiff's claim in the instant lawsuit may not be moot.  Therefore, the Court directs Plaintiff to inform the Court as to how the Bankruptcy Plan affects this case, including whether this matter is now moot.  If the matter is moot, Plaintiff shall file the proper pleadings requesting that this cause be dismissed.

      Accordingly, it is now

**ORDERED:**

Plaintiff shall inform the Court on or before **April 29, 2011** as to how the Bankruptcy Plan affects this case, including whether this matter is now moot.  The Court will take no further action on its Order (Doc. #45) directing Defendant to obtain counsel until such time as Plaintiff responds.

**DONE AND ORDERED** at Fort Myers, Florida, this   19th   day of April, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record