UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TEXTRON FINANCIAL
CORPORATION, a Delaware
Corporation

      Plaintiff,

v.                                Case No:  2:09-cv-172-Ftm-38UAM

BOATERS WAREHOUSE/ ADVANCED
BOATING SERVICES, LLC, MARK L.
BURPEE, individually,

      Defendants.
_____/

## ORDER

This matter comes before the Court on review of the file.  On May 12, 2011, the Court entered an Order (Doc. #48) directing Plaintiff to file an annual report beginning on January 20, 2012, advising the Court as to the status of the bankruptcy action filed by Boaters Warehouse/Advanced Boating Services, LLC.  Plaintiff failed to do so and on January 26, 2012, the Court directed Plaintiff to file a status report within seven days (Doc. #49).

On February 1, 2012, Plaintiff filed a status report (Doc. #50) indicating that payments were expected from the debtors in January 2012 and that in the event that the debtors failed to make the required payments, Plaintiff would be entitled to seek a judgment from this Court for the unpaid balance.  There has been no activity in the case since December 2012.

Accordingly, it is now

**ORDERED:**

Plaintiff is directed to file a report with the Court providing the status of the bankruptcy action and the expected payments from the debtors on or before **June 12, 2013.**

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of June, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record