UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TEXTRON FINANCIAL
CORPORATION, a Delaware
Corporation

    Plaintiff,

v.                                          Case No:  2:09-cv-172-Ftm-38UAM

BOATERS WAREHOUSE/ ADVANCED
BOATING SERVICES, LLC, MARK L.
BURPEE, individually,

    Defendants.
_____/

**<u>ORDER</u>[1]**

This matter comes before the Court on review of Plaintiff's Status Report (Dkt. #58), filed on June 12, 2013, which requests that the case be closed because there appears to be no further action that can be taken by the parties.  Fed. R. Civ. P. 41(a)(1) provides that an action may be dismissed by the plaintiff without order of the court by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.  Defendants have not filed an answer or a motion for summary judgment.  As a result, the Case may be dismissed without a stipulation of dismissal.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Accordingly, it is now

**ORDERED:**

(1) The case is hereby **dismissed with prejudice**.

(2) The Clerk is directed to enter judgment accordingly, to terminate any previously scheduled deadlines and pending motions, and to **CLOSE** the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 11th day of July, 2013.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record