UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TEXTRON FINANCIAL
CORPORATION, a Delaware
Corporation

      Plaintiff,

v.                                  Case No:  2:09-cv-172-Ftm-38UAM

BOATERS WAREHOUSE/ ADVANCED
BOATING SERVICES, LLC, MARK L.
BURPEE, individually,

      Defendants.

_____/

## ORDER[1]

    This matter comes before the Court on its *sua sponte* review of the disposition of this case.  On July 12, 2013, this Court (Dkt. #59) dismissed Plaintiff's case pursuant to Plaintiff's Status Report (Dkt. #58), filed on June 12, 2013.  However, that dismissal was mistakenly entered with prejudice.  Therefore, pursuant to Rule 60 of the Federal Rules of Civil Procedure, the Court will amend its prior Order and Judgment to reflect a dismissal without prejudice.

    Accordingly, it is now

    **ORDERED:**

    (1) The Clerk is directed to **Re-Open** the case and to **Vacate** this Court's July 12, 2013 Order (Dkt. #59) and July 15, 2013 Judgment (Dkt. #60).

---

[1]Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

(2) The case is hereby **dismissed without prejudice**.

(3) The Clerk is directed to enter a new judgment accordingly and to **CLOSE** the

case.

**DONE** and **ORDERED** in Fort Myers, Florida this 16th day of July, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record